PHILLIP A. TALBERT
Acting United States Attorney
MELANIE L. ALSWORTH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00257 NONE SKO |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| WILLIAM ROBERT DAVIDS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the indictment be unsealed and made public record.

Dated: June 11, 2021

*Jennifer L. Thurston*
The Honorable Jennifer L. Thurston
United States Magistrate Judge